FILED
AUG 23 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:11-CR-00441(1)-SS |
| (1) Martin Montejo-Lopez<br>*Defendant* | § § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Robert Pitman for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 23rd day of August, 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE